BEFORE THE SECOND DIVISION, DECEMBER 19, 1962

No. 67280.—Rex-Spanall, Inc. v. United States, protest 61/23938 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

No. 67281.—The American Import Company et al. v. United States, protests 293261–K, etc. (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of bicycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.

No. 67282.—Rotel Corp. of America v. United States, protests 61/21790 and 61/22190 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of food juicers similar in all material respects to those the subject of Abstract 65798, the claim of the plaintiff was sustained.